1  HENRY WEISSMANN (SBN 132418)
   Henry.Weissmann@mto.com
2  HOJOON HWANG (SBN 184950)
   Hojoon.Hwang@mto.com
3  DANIEL J. POWELL (SBN 230304)
   Daniel.Powell@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
5  San Francisco, CA 94105
   Telephone:    (415) 512-4000
6  Facsimile:    (415) 512-4077

7  Attorneys for Defendant
   CELLCO PARTRNERSHIP (D/B/A VERIZON
8  WIRELESS)

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11             (SAN FRANCISCO/OAKLAND DIVISION)

12 
13 CATHERINE GELLIS, individually and       CASE NO. C07-03679
   on behalf of all others similarly situated,
14                                           CERTIFICATION OF INTERESTED
              Plaintiff,                     ENTITIES
15 
       vs.                                   [LOCAL RULE 3-16]
16 
   VERIZON COMMUNICATIONS, INC., a
17 Delaware Corporation; VERIZON
   WIRELESS, an unincorporated
18 association; CELLCO PARTNERSHIP, an
   unincorporated association; and DOES 1-
19 100, inclusive,

20            Defendants.

3270076.1

CERTIFICATION OF INTERESTED
ENTITIES

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2   persons, associations of persons, firms, partnerships, corporations (including parent corporations)
3   or other entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:

6   Cellco Partnership d/b/a Verizon Wireless is a Delaware general partnership and is
7   privately owned. Verizon Communications Inc. and Vodafone Group Plc, both publicly-held
8   companies, own an indirect interests in Cellco Partnership.

10  DATED: July 17, 2007

Munger, Tolles & Olson LLP
HENRY WEISSMANN
HOJOON HWANG
DANIEL J. POWELL

By: _____
HOJOON HWANG

Attorneys for Defendant
CELLCO PARTRNERSHIP (D/B/A VERIZON WIRELESS)

**PROOF OF SERVICE BY MAIL**

I, Marsha Poulin, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, California 94105-2907.

2. On July 17, 2007, I served a true copy of the attached document entitled CERTIFICATE OF INTERESTED ENTITIES by placing it in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below/set forth on the attached service list and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices:

| | |
|---|---|
| Mark A. Chavez, Esq.<br>Nance F. Becker, Esq.<br>Chavez & Gertler LLP<br>42 Miller Avenue<br>Mill Valley, CA 94941 | Alan R. Brayton, Esq.<br>Peter B. Fredman, Esq.<br>Charlotte E. Scott, Esq.<br>Brayton Purcell LLP<br>222 Rush Landing Road<br>Novato, CA 94948-6169 |

3. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2007, at San Francisco, California.

_____
Marsha Poulin

3277534.1

PROOF OF SERVICE – CERTIFICATE OF INTERESTED ENTITIES