E-filing

1  HENRY WEISSMANN (SBN 132418)
   Henry.Weissmann@mto.com
2  HOJOON HWANG (SBN 184950)
   Hojoon.Hwang@mto.com
3  DANIEL J. POWELL (SBN 230304)
   Daniel.Powell@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
5  San Francisco, CA 94105
   Telephone:    (415) 512-4000
6  Facsimile:    (415) 512-4077

7  Attorneys for Defendant
   CELLCO PARTRNERSHIP (D/B/A VERIZON
8  WIRELESS)

ORIGINAL FILED

JUL 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11            (SAN FRANCISCO/OAKLAND DIVISION)

WDB

C07-03679

12

13  CATHERINE GELLIS, individually and        CASE NO.
    on behalf of all others similarly situated,
14                                             CORPORATE DISCLOSURE STATEMENT
                Plaintiff,                     OF DEFENDANT CELLCO PARTNERSHIP
15                                             D/B/A VERIZON WIRELESS
       vs.
16
    VERIZON COMMUNICATIONS, INC., a
17  Delaware Corporation; VERIZON
    WIRELESS, an unincorporated
18  association; CELLCO PARTNERSHIP, an
    unincorporated association; and DOES 1-
19  100, inclusive,

20              Defendants.

21

22

23

24

25

26

27

28

3270270.1                                      CORPORATE DISCLOSURE STATEMENT

1    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cellco Partnership

2    d/b/a Verizon Wireless respectfully submit this disclosure statement:

3    Cellco Partnership is a general partnership formed under the laws of the State of

4    Delaware.  Cellco has seven partners in total, three of which own a 10% or greater interest:  Bell

5    Atlantic Cellular Holdings, L.P.; GTE Wireless Incorporated; and JV PartnerCo, LLC.  Cellco's

6    ultimate parents are (1) Verizon Communications Inc., which is publicly traded and indirectly

7    owns a 55% interest in Cellco; and (2) Vodafone Group Plc., which is publicly traded and

8    indirectly owns a 45% interest in Cellco.

9

10   DATED: July __17__, 2007

        Munger, Tolles & Olson LLP
11        HENRY WEISSMANN
          HOJOON HWANG
12        DANIEL J. POWELL

13

14   By:_____
              HOJOON HWANG

15   Attorneys for Defendant
     CELLCO PARTRNERSHIP (D/B/A
16   VERIZON WIRELESS)

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE BY MAIL**

I, Marsha Poulin, declare:

1.    I am over the age of 18 and not a party to the within cause.  I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California.  My business address is 560 Mission Street, 27th Floor, San Francisco, California  94105-2907.

2.    On July 17, 2007, I served a true copy of the attached document entitled CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS by placing it in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below/set forth on the attached service list and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices:

| | |
|---|---|
| Mark A. Chavez, Esq. | Alan R. Brayton, Esq. |
| Nance F. Becker, Esq. | Peter B. Fredman, Esq. |
| Chavez & Gertler LLP | Charlotte E. Scott, Esq. |
| 42 Miller Avenue | Brayton Purcell LLP |
| Mill Valley, CA 94941 | 222 Rush Landing Road |
| | Novato, CA 94948-6169 |

3.    I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 17, 2007, at San Francisco, California.

_____
Marsha Poulin

3277546.1

PROOF OF SERVICE – CORPORATE
DISCLOSURE STATEMENT