HENRY WEISSMANN (SBN 132418)
Henry.Weissmann@mto.com
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
DANIEL J. POWELL (SBN 230304)
Daniel.Powell@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendant
CELLCO PARTRNERSHIP (D/B/A VERIZON WIRELESS)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO/OAKLAND DIVISION)

| | |
|---|---|
| CATHERINE GELLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS, INC., a Delaware Corporation; VERIZON WIRELESS, an unincorporated association; CELLCO PARTNERSHIP, an unincorporated association; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. C07-03679 WDB<br><br>**PROOF OF SERVICE BY MAIL**<br><br>(Alameda Superior Court Case No. RG 07330354) |

3278363.1

PROOF OF SERVICE; CASE NO. C07-03679 WDB

## PROOF OF SERVICE BY MAIL

I, Hojoon Hwang, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

2. On July 17, 2007, I served true copies of the documents entitled:

- NOTICE OF ASSIGNMENT OF CASE;
- ECF REGISTRATION INFORMATION HANDOUT;
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; and
- STANDING ORDER

by placing them in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices:

Mark A. Chavez, Esq.  
Nance F. Becker, Esq.  
Chavez & Gertler LLP  
42 Miller Avenue  
Mill Valley, CA 94941

Alan R. Brayton, Esq.  
Peter B. Fredman, Esq.  
Charlotte E. Scott, Esq.  
Brayton Purcell LLP  
222 Rush Landing Road  
Novato, CA 94948-6169

3. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

/ / /

/ / /

3278363.1

PROOF OF SERVICE; CASE NO. C07-03679 WDB

      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      I declare under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2007, at San Francisco, California.

*/s/ Marsha Poulin*
Marsha Poulin