HENRY WEISSMANN (SBN 132418)
Henry.Weissmann@mto.com
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
DANIEL J. POWELL (SBN 230304)
Daniel.Powell@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendant
CELLCO PARTRNERSHIP (D/B/A VERIZON WIRELESS)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO/OAKLAND DIVISION)

| | |
|---|---|
| CATHERINE GELLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS, INC., a Delaware Corporation; VERIZON WIRELESS, an unincorporated association; CELLCO PARTNERSHIP, an unincorporated association; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. C07-03679 WDB<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT** |

3340667.1

## CERTIFICATE OF SERVICE

I, Marsha Poulin, certify and declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

2. On July 17, 2007, I served true copies of the document entitled:

**NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT**, a copy of which is attached to this Certificate (without Exhibits), by placing it in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices:

| | |
|---|---|
| Mark A. Chavez, Esq. | Alan R. Brayton, Esq. |
| Nance F. Becker, Esq. | Peter B. Fredman, Esq. |
| Chavez & Gertler LLP | Charlotte E. Scott, Esq. |
| 42 Miller Avenue | Brayton Purcell LLP |
| Mill Valley, CA 94941 | 222 Rush Landing Road |
| | Novato, CA 94948-6169 |

3. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 30, 2007, at San Francisco, California.

*Marsha Poulin*
Marsha Poulin

3340667.1

CERTIFICATE OF SERVICE OF NOTICE
TO ADVERSE PARTIES OF REMOVAL;
CASE NO. C07-03679 WDB

1  HENRY WEISSMANN (State Bar No. 132418)
   HOJOON HWANG (State Bar No. 184950)
2  DANIEL J. POWELL (State Bar No. 230304)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street, 27th Floor
   San Francisco, CA 94105
4  Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077
5
   Attorneys for Defendant
6  CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS

7

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                         COUNTY OF ALAMEDA

10

11 | CATHERINE GELLIS, individually and         | CASE NO. RG 07330354
   | on behalf of all others similarly situated, |
12 |                                             | NOTICE OF REMOVAL OF ACTION TO
   |                     Plaintiff,              | UNITED STATES DISTRICT COURT
13 |                                             |
   |         vs.                                 | Complaint Filed: June 12, 2007
14 |                                             | Department: 22
   | VERIZON COMMUNICATIONS, INC., a             |
15 | Delaware corporation; VERIZON               |
   | WIRELESS, an unincorporated                 |
16 | association; CELLCO PARTNERSHIP, an         |
   | unincorporated association; and DOES 1-     |
17 | 100, inclusive,                             |
   |                                             |
18 |                     Defendants.             |

19

20         TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF

21 CALIFORNIA FOR THE COUNTY OF ALAMEDA AND TO PLAINTIFF AND HER

22 ATTORNEYS OF RECORD:

23         PLEASE TAKE NOTICE that on July 17, 2007, pursuant to 28 U.S.C. §§ 1441,

24 1446 and 1453, defendant Cellco Partnership (d/b/a Verizon Wireless) removed this action to the

25 United States District Court for the Northern District of California. A true and correct copy of the

26 Notice of Removal is attached hereto as Exhibit A.

27         PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), the

28 filing of the Notice of Removal in the United States District Court for the Northern District of

3272517.1

NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT

California, together with the filing of a copy of the Notice of Removal with this Court, effects removal of this action, and the above-captioned court may proceed no further unless and until the case is remanded.

DATED: July 17, 2007

Munger, Tolles & Olson LLP
HENRY WEISSMANN
HOJOON HWANG
DANIEL J. POWELL

By: _____
HOJOON HWANG

Attorneys for Defendant
CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS

3272517.1

- 2 -



# PROOF OF SERVICE BY MAIL

I, Marsha Poulin, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, California 94105-2907.

2. On July 17, 2007, I served a true copy of the attached document entitled NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT by placing it in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below/set forth on the attached service list and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices:

| | |
|---|---|
| Mark A. Chavez, Esq. | Alan R. Brayton, Esq. |
| Nance F. Becker, Esq. | Peter B. Fredman, Esq. |
| Chavez & Gertler LLP | Charlotte E. Scott, Esq. |
| 42 Miller Avenue | Brayton Purcell LLP |
| Mill Valley, CA 94941 | 222 Rush Landing Road |
| | Novato, CA 94948-6169 |

3. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2007, at San Francisco, California.

_____
Marsha Poulin

3277617.1    PROOF OF SERVICE – NOTICE OF REMOVAL OF ACTION TO U.S. DISTRICT COURT