E-filing

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHERINE GELLIS, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

VERIZON COMMUNICATIONS, INC., et al.,

Defendant(s).

No. C 07-03679 WDB

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 8, 2007

Signature

Counsel for Defendant Verizon Wireless
(Plaintiff, Defendant, or indicate "pro se")