UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHERINE GELLIS, individually
and on behalf of all others similarly
situated,

        Plaintiffs,

   v.

VERIZON COMMUNICATIONS, INC.,
et al.,

        Defendants.
_____/

No. C 07-3679 WDB

NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED
STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for October 22, 2007, at 4:00 p.m. is vacated.

Dated: August 10, 2007

                                              Richard W. Wieking, Clerk
                                              United States District Court

                                              *Sarah Weinstein*

                                              By: SarahWeinstein
                                                   Law Clerk

Copies to:
    All parties
    WDB
    Stats

N:\FORMS\impending reassignment clerks notice.wpd