**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**August 14, 2007**

CASE NUMBER:  CV 07-03679 SC
CASE TITLE:  GELLIS-v-VERIZON COMMUNICATIONS, INC. ET AL

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable JEFFERY S. WHITE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/14/07

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                    Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                        Entered in Computer 8/14/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA