CHAVEZ & GERTLER, LLP
Mark A. Chavez (Bar. No. 90858)
Nance F. Becker (Bar No. 99292)
Daniel B. Swerdlin (Bar No. 243452)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572

BRAYTON ❖PURCELL LLP
Alan R. Brayton (Bar No. 73685)
Peter B. Fredman (Bar No. 189097)
Charlotte E. Scott (Bar No. 225581)
222 Rush Landing Road
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Attorneys for Plaintiffs and all others similarly situated

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHERINE GELLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>VERIZON WIRELESS, an unincorporated association; CELLCO PARTNERSHIP, an unincorporated association; VERIZON WIRELESS (VAW), LLC, a Delaware company; VERIZON WIRELESS SERVICES, LLC, a Delaware company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 07-03679 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS VERIZON COMMUNICATIONS, INC., WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a), Civil L. R. 7-12] |

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a), the parties stipulate to dismiss
2  Defendant Verizon Communications, Inc., a Delaware Corporation, without prejudice.

CHAVEZ & GERTLER LLP

BRAYTON✦PURCELL LLP

8  DATED: August 21, 2007     By: _____
                                   Peter B. Fredman, Esq.
9                                  Attorneys for Plaintiff and the Proposed
                                   Plaintiff Class

MUNGER, TOLLES & OLSON LLP

14 DATED: August ___, 2007    By: _____
                                   Hojoon Hwang, Esq.
15                                 Attorneys for Defendant CELLCO
                                   PARTNERSHIP D/B/A VERIZON
16                                 WIRELESS

19 PURSUANT TO STIPULATION, IT IS SO ORDERED

21 DATED: _____    By: _____
                                        JEFFREY S. WHITE
22                                      UNITED STATES DISTRICT JUDGE

K:\Medmal\9488\Stip for Dismissal of VCI, Case No. C 07-03679 JSW.wpd    2
Case No. C 07-03679 JSW
STIPULATION AND [PROPOSED] ORDER TO DISMISS VERIZON
COMMUNICATIONS, INC., WITHOUT PREJUDICE