1  CHAVEZ & GERTLER, LLP
   Mark A. Chavez (Bar. No. 90858)
2  Nance F. Becker (Bar No. 99292)
   Daniel B. Swerdlin (Bar No. 243452)
3  42 Miller Avenue
   Mill Valley, California 94941
4  Telephone: (415) 381-5599
   Facsimile: (415) 381-5572
5
   BRAYTON ❖PURCELL LLP
6  Alan R. Brayton (Bar No. 73685)
   Peter B. Fredman (Bar No. 189097)
7  Charlotte E. Scott (Bar No. 225581)
   222 Rush Landing Road
8  Novato, California 94948-6169
   Telephone: (415) 898-1555
9  Facsimile: (415) 898-1247

10 Attorneys for Plaintiffs and all others similarly situated

11

                    IN THE UNITED STATES DISTRICT COURT
12
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                            SAN FRANCISCO DIVISION
14

15 CATHERINE GELLIS, individually and )   Case No. C 07-03679 JSW
   on behalf of all others similarly situated, )
16                                           )  STIPULATION AND [PROPOSED]
                                             )  ORDER TO DISMISS VERIZON
17              Plaintiffs,                  )  COMMUNICATIONS, INC., WITHOUT
                                             )  PREJUDICE
18         vs.                               )
                                             )  [Fed. R. Civ. P. 41(a), Civil L. R. 7-12]
19 VERIZON WIRELESS, an unincorporated)
   association; CELLCO PARTNERSHIP, an)
20 unincorporated association; VERIZON       )
   WIRELESS (VAW), LLC, a Delaware           )
21 company; VERIZON WIRELESS                 )
   SERVICES, LLC, a Delaware company;        )
22 and DOES 1-100, inclusive,                )
                                             )
23              Defendants.                  )
                                             )
24 _____)

25

26

27

28
   K:\Medma\9488\Stip for Dismissal of VCI, Case No. C 07-03679 JSW.wpd    1
   Case No. C 07-03679 JSW
            STIPULATION AND [PROPOSED] ORDER TO DISMISS VERIZON
                  COMMUNICATIONS, INC., WITHOUT PREJUDICE

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a), the parties stipulate to dismiss
2  Defendant Verizon Communications, Inc., a Delaware Corporation, without prejudice.

CHAVEZ & GERTLER LLP

BRAYTON❖PURCELL LLP

DATED:   August 21, 2007          By: _____
                                      Peter B. Fredman, Esq.
                                      Attorneys for Plaintiff and the Proposed
                                      Plaintiff Class

MUNGER, TOLLES & OLSON LLP

DATED:   August 21, 2007          By: _____
                                      Hojoon Hwang, Esq.
                                      Attorneys for Defendant CELLCO
                                      PARTNERSHIP D/B/A VERIZON
                                      WIRELESS

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:   August 22, 2007          By: _____
                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE