1  HENRY WEISSMANN (SBN 132418)
   Henry.Weissmann@mto.com
2  HOJOON HWANG (SBN 184950)
   Hojoon.Hwang@mto.com
3  DANIEL J. POWELL (SBN 230304)
   Daniel.Powell@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
5  San Francisco, CA 94105
   Telephone:    (415) 512-4000
6  Facsimile:    (415) 512-4077

7  Attorneys for Defendant
   CELLCO PARTRNERSHIP (D/B/A VERIZON
8  WIRELESS)

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    (OAKLAND DIVISION)

12

| | |
|---|---|
| 13  CATHERINE GELLIS, individually and on behalf of all others similarly situated,<br><br>14<br>           Plaintiff,<br>15<br>      vs.<br>16<br>VERIZON COMMUNICATIONS, INC., a Delaware Corporation; VERIZON WIRELESS, an unincorporated association; CELLCO PARTNERSHIP, an unincorporated association; and DOES 1-100, inclusive,<br>18<br>19<br>           Defendants.<br>20 | CASE NO.  C 07-03679 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CELLCO PARTNERSHIP'S (D/B/A VERIZON WIRELESS) MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>DATE:    November 2, 2007<br>TIME:    9:00 a.m.<br>PLACE:   Courtroom 2<br><br>The Honorable Jeffrey S. White |

1 **ORDER**

2 Cellco Partnership's (d/b/a Verizon Wireless) ("Verizon Wireless") Motion to

3 Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) came for hearing before this Court on

4 November 2, 2007, with Defendant and Plaintiff appearing through counsel.

5 After considering the briefs, arguments, and all other materials properly presented

6 to this Court, the Court concludes, for the reasons identified in the papers submitted by Verizon

7 Wireless, that Plaintiff's complaint fails to state a claim for which relief can be granted.

8 Accordingly, IT IS HEREBY ORDERED that:

9 Verizon Wireless's Motion to Dismiss is GRANTED and Plaintiff's Complaint is

10 DISMISSED WITH PREJUDICE, without leave to amend.

11

12 **IT IS SO ORDERED.**

13

14

15 DATED: _____

JEFFREY S. WHITE, JUDGE
UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28