IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE GELLIS,<br><br>    Plaintiffs,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., et al.,<br><br>    Defendants. | No. C 07-03679 JSW<br><br>**ORDER SETTING A BRIEFING SCHEDULE ON MOTION TO DISMISS** |

    This matter is set for a hearing on November 2, 2007 at 9:00 a.m. on Defendant Cellco Partnership's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than September 7, 2007 and a reply brief shall be filed by no later than September 14, 2007.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 23, 2007

                                                               JEFFREY S. WHITE<br>                                                               UNITED STATES DISTRICT JUDGE