1  CHAVEZ & GERTLER, LLP
   Mark A. Chavez (Bar. No. 90858)
2  Nance F. Becker (Bar No. 99292)
   Daniel B. Swerdlin (Bar No. 243452)
3  42 Miller Avenue
   Mill Valley, California 94941
4  Telephone: (415) 381-5599
   Facsimile: (415) 381-5572
5
   BRAYTON ❖ PURCELL LLP
6  Alan R. Brayton (Bar No. 73685)
   Peter B. Fredman (Bar No. 189097)
7  Charlotte E. Scott (Bar No. 225581)
   222 Rush Landing Road
8  Novato, California 94948-6169
   Telephone: (415) 898-1555
9  Facsimile: (415) 898-1247

10 Attorneys for Plaintiffs and all others similarly situated.

11
                   IN THE UNITED STATES DISTRICT COURT
12
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN FRANCISCO DIVISION
14

15 CATHERINE GELLIS, individually and  )   Case No. C 07-03679 JSW
   on behalf of all others similarly situated, )
16                                             )   CERTIFICATION OF SERVICE OF
                                               )   NOTICE OF ORDER SETTING CASE
17         Plaintiffs,                         )   MANAGEMENT CONFERENCE AND
18 vs.                                         )   REQUIRING JOINT CASE
                                               )   MANAGEMENT CONFERENCE
19 VERIZON WIRELESS, an unincorporated)       STATEMENT
   association; CELLCO PARTNERSHIP, an)
20 unincorporated association; VERIZON        )
   WIRELESS (VAW), LLC, a Delaware            )
21 company; VERIZON WIRELESS                  )
   SERVICES, LLC, a Delaware company;         )
22 and DOES 1-100, inclusive,                 )
                                               )
23         Defendants.                         )
                                               )
24 _____)

25

26

27

28

## CERTIFICATE OF SERVICE

I, FALLON OTANI, certify and declare:

I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within cause. My business address is 222 Rush Landing Road, Novato, CA. 94948. On August 20, 2007, I served true copies of the document entitled:

**NOTICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**,

a copy of which is attached to this Certificate (without Exhibits), by placing it in an addressed sealed envelop clearly labeled to identify the persons being served at the addresses shown below and placed said envelopes in interoffice mail for collection and deposit with the United States Postal Service at Novato, California, on that same date, following ordinary business practices:

| | |
|---|---|
| Henry Weissmann, Esq.<br>Daniel Powers, Esq.<br>Hojoon Hwang, Esq.<br>Munger, Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907<br>Fax (415) 512-4077 | Attorney for defendant<br><br>CELLCO PARTNERSHIP (DBA VERIZON WIRELESS) |
| Mark A. Chavez, Esq.<br>Chavez & Gertler LLP<br>42 Miller Ave.<br>Mill Valley, Ca 94941 | Co-Counsel for Plaintiffs |

I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with First Class postage thereon fully prepaid on the same day it is places for collection and mailing.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 24, 2007, California.

*[signature]*
FALLON OTANI
BRAYTON❖PURCELL LLP

K:\Medmal\9488\Cert of Service of Notice of CMC.wpd    2
Case No. C 07-03679 JSW
**CERTIFICATION OF SERVICE OF NOTICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

1  CHAVEZ & GERTLER, LLP
   Mark A. Chavez (Bar. No. 90858)
2  Nance F. Becker (Bar No. 99292)
   Daniel B. Swerdlin (Bar No. 243452)
3  42 Miller Avenue
   Mill Valley, California 94941
4  Telephone: (415) 381-5599
   Facsimile:  (415) 381-5572
5
   BRAYTON ❖ PURCELL LLP
6  Alan R. Brayton (Bar No. 73685)
   Peter B. Fredman (Bar No. 189097)
7  Charlotte E. Scott (Bar No. 225581)
   222 Rush Landing Road
8  Novato, California 94948-6169
   Telephone: (415) 898-1555
9  Facsimile:  (415) 898-1247

10 Attorneys for Plaintiffs and all others similarly situated

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHERINE GELLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>VERIZON WIRELESS, an unincorporated association; CELLCO PARTNERSHIP, an unincorporated association; VERIZON WIRELESS (VAW), LLC, a Delaware company; VERIZON WIRELESS SERVICES, LLC, a Delaware company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 07-03679 JSW<br><br>**NOTICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:  November 2, 2007<br>Time: 1:30 p.m.<br>Dept:  2 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that a Case Management Conference in the above-referenced case has been scheduled for November 2, 2007 at 1:30 p.m. in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. A true and correct copy of said Order is attached hereto as Exhibit "A."

                                              CHAVEZ & GERTLER LLP

                                              BRAYTON❖PURCELL LLP

DATED:   August 20, 2007        By: _____
                                                 Peter B. Fredman, Esq.
                                                 Charlotte E. Scott, Esq.
                                                 Attorneys for Plaintiffs