| | |
|---|---|
| 1 | HENRY WEISSMANN (SBN 132418) |
|   | Henry.Weissmann@mto.com |
| 2 | HOJOON HWANG (SBN 184950) |
|   | Hojoon.Hwang@mto.com |
| 3 | DANIEL J. POWELL (SBN 230304) |
|   | Daniel.Powell@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
|   | 560 Mission Street, 27th Floor |
| 5 | San Francisco, CA 94105 |
|   | Telephone:  (415) 512-4000 |
| 6 | Facsimile:   (415) 512-4077 |
| 7 | Attorneys for Defendant |
|   | CELLCO PARTRNERSHIP (D/B/A VERIZON |
| 8 | WIRELESS) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| CATHERINE GELLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS, INC., a Delaware Corporation; VERIZON WIRELESS, an unincorporated association; CELLCO PARTNERSHIP, an unincorporated association; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.  C 07-03679 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CELLCO PARTNERSHIP'S (D/B/A VERIZON WIRELESS) MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>DATE:  November 2, 2007<br>TIME:   9:00 a.m.<br>PLACE: Courtroom 2<br><br>The Honorable Jeffrey S. White |

**ORDER**

Cellco Partnership's (d/b/a Verizon Wireless) ("Verizon Wireless") Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) came for hearing before this Court on November 2, 2007, with Defendant and Plaintiff appearing through counsel.

After considering the briefs, arguments, and all other materials properly presented to this Court, the Court concludes, for the reasons identified in the papers submitted by Verizon Wireless, that Plaintiff's complaint fails to state a claim for which relief can be granted.

Accordingly, IT IS HEREBY ORDERED that:

Verizon Wireless's Motion to Dismiss is GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE, without leave to amend.

**IT IS SO ORDERED.**


DATED: _____        _____
JEFFREY S. WHITE, JUDGE
UNITED STATES DISTRICT COURT