UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GELLIS

        Plaintiff(s),                              No. C 07-03679 JSW

  v.                                            **CLERK'S NOTICE**

VERIZON COMMUNICATIONS, INC. ET AL

        Defendant(s).

_____/

     YOU ARE HEREBY NOTIFIED that on November 2, 2007, at 9:00 a.m., immediately following the hearing on the Motion to Dismiss, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** November 2, 2007 at 1:30 p.m., in this matter.   A joint case management statement shall be due on or before October 26, 2007.

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By:_____
                                          Jennifer Ottolini, Deputy Clerk
                                          Honorable Jeffrey S. White
                                          (415) 522-4173

Dated:  September 4, 2007