IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE GELLIS,<br><br>    Plaintiffs,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 07-03679 JSW<br><br>**ORDER VACATING HEARING DATE AND CONTINUING THE CASE MANAGEMENT CONFERENCE** |

    The motion to dismiss filed by defendant Cellco Partnership, d/b/a Verizon Wireless is currently set for hearing on Friday, November 2, 2007 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for November 2, 2007 is HEREBY VACATED. The Court FURTHER ORDERS that the Case Management Conference currently scheduled for November 2, 2007 is CONTINUED to February 1, 2008 at 1:30 p.m.

    **IT IS SO ORDERED.**

Dated: November 1, 2007

                                                      JEFFREY S. WHITE<br>
                                                      UNITED STATES DISTRICT JUDGE