# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Gellis,<br><br>                Plaintiff(s),<br><br>    v.<br><br>Verizon Communications, Inc.,<br><br>                Defendant(s). | 07-03679 JSW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: January 16, 2008

                                       RICHARD W. WIEKING
                                       Clerk
                                       by:    Timothy J. Smagacz

                                       ADR Administrative Assistant
                                       415-522-4205
                                       Tim_Smagacz@cand.uscourts.gov

PROOF OF SERVICE

Case Name:    Gellis v. Verizon Communications, Inc.

Case Number:    07-03679 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 16, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Mark Andrew Chavez
> Chavez & Gertler LLP
> 42 Miller Avenue
> Mill Valley, CA 93941
> mark@chavezgertler.com
>
> Alan R. Brayton
> Brayton & Purcell
> 222 Rush Landing Road
> Novato, CA 94945
>
> Peter B. Fredman
> Brayton Purcell
> 222 Rush Landing Road
> Novato, CA 94948
> pfredman@braytonlaw.com
>
> Nance Felice Becker
> Chavez & Gertler LLP
> 42 Miller Avenue
> Mill Valley, CA 94941

nance@chavezgertler.com

Charlotte Elizabeth Scott
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169

Daniel J. Powell Esq.
Munger, Tolles & Olson LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105
Daniel.Powell@mto.com

Henry Weissmann
Munger Tolles & Olson LLP
355 S. Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Henry.Weissmann@mto.com

Hojoon Hwang
Munger Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
hojoon.hwang@mto.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 16, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov