# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**             **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: February 1, 2008                **Court Reporter:**  Lydia Zinn

**CASE NO. C-07-3679  JSW**

**TITLE:**  Catherine Gellis v. Verizon Communications, Inc., et al.,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Mark Chavez | Hojoon Hwang |
| Peter Fredman | Jason Rantanen |

**PROCEEDINGS:   Initial Case Management Conference**

**RESULTS:**   The parties shall participate in Private Mediation through JAMS.

Further Case Management Conference:  6-6-08 at 1:30 p.m.
Counsel shall submit a joint case management statement **by 5-30-08** with definitive dates, proposed completion of mediation, close of discovery and a schedule for class certification motion.