IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: February 1, 2008  **Court Reporter:** Lydia Zinn

**CASE NO. C-07-4344 JSW**
**TITLE: CCIP v. USA**

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**

Manuel Martinez  Charles O'Connor

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:** Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 2-8-08 .

**ADR: The parties shall participate in court-connected mediation to be completed by 5-1-08.**

**Close of fact discovery: 8-1-08**

**Last day to disclose experts: 8-18-08**

**Close of Expert discovery: 9-26-08**

**Hearing on dispositive motions (if any): 11-21-08 at 9:00 a.m.**
**Counsel shall meet and confer and follow the below briefing schedule:**
**Briefing schedule for cross-motions for summary judgment:**
**Opening brief: 10-3-08**
**Opposition and cross motion: 10-17-08**
**Reply and opposition to cross motion: 10-31-08**
**Reply in support of cross-motion: 11-7-08**

**Pretrial Conference: 2-2-09 at 2:00 p.m.**

**Bench Trial: 3-2-09 at 8:30 a.m.**

**REFERRALS:**

**[X] Case referred to ADR for court-mediation to be completed by 5-1-08**.