# Brayton ❖ Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

————

DAVID R. DONADIO
LLOYD F. LeROY

OF COUNSEL
JEFFREY D. EISENBERG*
RICHARD R. KUHN
ROBERT M. LEVY
DARRELL J. SALOMON

* ADMITTED ONLY IN STATES
   OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: pfredman@braytonlaw.com
www.braytonlaw.com

February 29, 2008

ANNE T. ACUÑA
KATHERINE E. ALLEN
FRANK J. ANDERS
PATRICK D. ANGEL*
RON G. ARCHER
DAVID H. BACKENSTOE
BRONSON D. BILLS*
GARY L. BRAYTON
ALLISON M. CAMPOS
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
DOUGLAS V. DUKELOW
DAVID W. FERMINO
JUSTIN F. FISH
PETER B. FREDMAN
JOHN B. GOLDSTEIN
RICHARD M. GRANT
LAUREL HALBANY
CHRIS E. HERSOM
MEI L. HOM
SARAH K. ISAACS
J. PETER JEFFERS*
N. KATE JEFFRIES

GARY V. JUDD
CLAYTON W. KENT
DANIELLE M. KLUZ
MATTHEW B. LEE
JACQUELINE K. LOVELESS
ROBERT L LYNCH
MAUREEN C. MCGOWAN
DELANEY L. MILLER*
JAMES P. NEVIN
JULIET K. NGUYEN
OREN P. NOAH
OSCAR A. PARDO
MELANIE A. REKIETA
WILLIAM F. RUIZ
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
ROBERT C. STRICKLAND
JENNIFER L. SUPMAN
LISA D. TANDOC
GRANT E. WALTERS
NANCY T. WILLIAMS
KYOKO K. WYSE

Hon. Jeffrey S. White
United States District Court
450 Golden Gate Ave.
Courtroom 2, 17th Floor
San Francisco, CA 94102

Re:    *Gellis v. Verizon Wireless,* USDC–NDCA Case No. C 07-03679 JSW

Dear Judge White:

This is to notify the Court on behalf of all counsel that we have agreed to Hon. Edward A. Infante (Ret.) of JAMS as mediator in the above referenced case.

Thank you.

Very truly yours,

/s/ Peter Fredman

Peter Fredman

cc    All Counsel (via ECF)

K:\Medmal\9488\court re mediator.wpd