1    **CHAVEZ & GERTLER LLP**
     MARK A. CHAVEZ (Bar No. 90858)
2    NANCE F. BECKER (Bar No. 99292)
     42 Miller Avenue
3    Mill Valley, California 94941
     Telephone: (415) 381-5599
4    Facsimile: (415) 381-5572
     Email: mark@chavezgertler.com
5         nance@chavezgertler.com

6    **LAW OFFICES OF PETER B. FREDMAN**
     PETER B. FREDMAN (Bar No. 189097)
7    1917 Carleton St.
     Berkeley, California 94704
8    Telephone: (510) 414-5432
     Facsimile: (510) 486-8739
9    Email: peterfredman@sbcglobal.net

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14
     CATHERINE GELLIS, individually and on behalf )   Case No. C 07-03679 JSW
15   of all others similarly situated,            )
                                                   )
16                                                 )   **STIPULATION AND [PROPOSED]**
                       Plaintiff,                  )   **ORDER FOR SUBSTITUTION OF**
17                                                 )   **ATTORNEY FOR PLAINTIFF**
               v.                                  )   **CATHERINE GELLIS**
18                                                 )
19   VERIZON COMMUNICATIONS, INC., a               )
     Delaware corporation; VERIZON WIRELESS, an   )
20   unincorporated association; CELLCO            )
     PARTNERSHIP, an unincorporated association;   )
21   and DOES 1-100, inclusive,                    )
                                                   )
22                                                 )
                       Defendants.                 )
23                                                 )
                                                   )
24

25   TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS FO RECORD:

26          PLEASE TAKE NOTICE that plaintiff Catherine Gellis hereby makes the following

27   substitution of attorneys in the above entitled action:

28   ///

1    Former Attorneys:

2        BRAYTON PURCELL LLP
         ALAN R. BRAYTON (Bar No. 73685)
3        PETER B. FREDMAN (Bar No. 189097)
         CHARLOTTE E. SCOTT (Bar No. 225581)
4        222 Rush Landing Road
         Novato, CA 94948-6169
5        Telephone: (415) 898-1555
         Facsimile: (415) 898-1247
6

7    Substitution:

8        LAW OFFICES OF PETER B. FREDMAN
         PETER B. FREDMAN (Bar No. 189097)
9        1917 Carleton St.
         Berkeley, California 94704
10       Telephone: (510) 414-5432
         Facsimile: (510) 486-8739
11       Email: peterfredman@sbcglobal.net

12

13                           **CONSENT**

14    The undersigned hereby consent to this substitution.

15                         LAW OFFICES OF PETER B. FREDMAN

16

17   Dated: August 19, 2008        By /s/ Peter Fredman
                                        Peter B. Fredman
18

19                               BRAYTON PURCELL LLP

20
     Dated: 8/22/08               By
21

22

23                            **ORDER**

24    Pursuant to this stipulation, and good cause appearing therefore,

25    IT IS SO ORDERED.

26

27   Dated:
28                                _____
                                  Hon. Jeffery S. White
                                  United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION
OF ATTORNEY FOR PLAINTIFF CATHERINE GELLIS
CASE NO. 07-03679 JSW