1  **CHAVEZ & GERTLER LLP**
   MARK A. CHAVEZ (Bar No. 90858)
2  NANCE F. BECKER (Bar No. 99292)
   42 Miller Avenue
3  Mill Valley, California 94941
   Telephone: (415) 381-5599
4  Facsimile: (415) 381-5572
   Email: mark@chavezgertler.com
5         nance@chavezgertler.com

6  **LAW OFFICES OF PETER B. FREDMAN**
   PETER B. FREDMAN (Bar No. 189097)
7  1917 Carleton St.
   Berkeley, California 94704
8  Telephone: (510) 414-5432
   Facsimile: (510) 486-8739
9  Email: peterfredman@sbcglobal.net

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15 CATHERINE GELLIS, individually and on behalf )  Case No. C 07-03679 JSW
   of all others similarly situated,            )
16                                              )  **STIPULATION AND [PROPOSED]**
                Plaintiff,                      )  **ORDER FOR SUBSTITUTION OF**
17                                              )  **ATTORNEY FOR PLAINTIFF**
        v.                                      )  **CATHERINE GELLIS**
18                                              )
                                                )
19 VERIZON COMMUNICATIONS, INC., a              )
   Delaware corporation; VERIZON WIRELESS, an   )
20 unincorporated association; CELLCO           )
   PARTNERSHIP, an unincorporated association;  )
21 and DOES 1-100, inclusive,                   )
                                                )
22                                              )
                Defendants.                     )
23                                              )

24

25 TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS FO RECORD:

26         PLEASE TAKE NOTICE that plaintiff Catherine Gellis hereby makes the following

27 substitution of attorneys in the above entitled action:

28 ///

---

1  Former Attorneys:

2  BRAYTON PURCELL LLP
   ALAN R. BRAYTON (Bar No. 73685)
3  PETER B. FREDMAN (Bar No. 189097)
   CHARLOTTE E. SCOTT (Bar No. 225581)
4  222 Rush Landing Road
   Novato, CA 94948-6169
5  Telephone: (415) 898-1555
   Facsimile: (415) 898-1247
6

7  Substitution:

8  LAW OFFICES OF PETER B. FREDMAN
   PETER B. FREDMAN (Bar No. 189097)
9  1917 Carleton St.
   Berkeley, California 94704
10 Telephone: (510) 414-5432
   Facsimile: (510) 486-8739
11 Email: peterfredman@sbcglobal.net

12

13                      **CONSENT**

14 The undersigned hereby consent to this substitution.

15                      LAW OFFICES OF PETER B. FREDMAN

16

17 Dated: August 19, 2008        By /s/ Peter Fredman
                                     Peter B. Fredman
18

19                      BRAYTON PURCELL LLP

20
   Dated: 8/22/08              By [signature]
21

22

23                      **ORDER**

24 Pursuant to this stipulation, and good cause appearing therefore,

25 IT IS SO ORDERED.

26

27 Dated: August 26, 2008     [signature]
                              Hon. Jeffrey S. White
28                            United States District Judge

---
2
STIPULATION AND [~~PROPOSED~~] ORDER FOR SUBSTITUTION
OF ATTORNEY FOR PLAINTIFF CATHERINE GELLIS
CASE NO. 07-03679 JSW