Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Mark Chavez (90858)
Nance F. Berker (99292)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA 94941
mark@chavezgerler.com
nance@chavezgerler.com

Attorneys for Plaintiff and all others similarly situated

[Additional Counsel listed on Signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHERINE GELLIS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Defendant. | No. 07-cv-03679 JSW<br><br>NOTICE OF APPEARANCE |

010073-11 260830 V1

---
Please take notice that Steve W. Berman, Jeff D. Friedman and Shana E. Scarlett of Hagens Berman Sobol Shapiro LLP hereby enter their appearance as co-counsel of record for Plaintiff in the above-captioned action.

All service, correspondence and notices should be directed to Steve Berman at the following address and/or e-mail.

> Steve W. Berman
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 1301 Fifth Avenue, Suite 2900
> Seattle, Washington  98101
> Telephone: (206) 623-7292
> Facsimile: (206) 623-0594
> steve@hbsslaw.com
>
> Jeff D. Friedman
> Shana E. Scarlett
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, California  94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001
> jefff@hbsslaw.com
> shanas@hbsslaw.com

DATED: September 2, 2008.                    HAGENS BERMAN SOBOL SHAPIRO LLP

By _____/s/ Jeff D. Friedman_____
    Jeff D. Friedman (173886)

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Mark Chavez (90858)
Nance F. Berker (99292)
CHAVEZ & GERTLER LLP


1  Please take notice that Steve W. Berman, Jeff D. Friedman and Shana E. Scarlett of Hagens
2  Berman Sobol Shapiro LLP hereby enter their appearance as co-counsel of record for Plaintiff in
3  the above-captioned action.
4  All service, correspondence and notices should be directed to Steve Berman at the
5  following address and/or e-mail.

    Steve W. Berman
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, Washington  98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
    steve@hbsslaw.com

    Jeff D. Friedman
    Shana E. Scarlett
    HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
    Berkeley, California  94710
    Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
    jefff@hbsslaw.com
    shanas@hbsslaw.com

DATED:  September 2, 2008.    HAGENS BERMAN SOBOL SHAPIRO LLP

By     /s/ Jeff D. Friedman
    Jeff D. Friedman (173886)

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Mark Chavez (90858)
Nance F. Berker (99292)
CHAVEZ & GERTLER LLP

1
2
3
4
5
6
7
8

42 Miller Avenue
Mill Valley, CA 94941
mark@chavezgerler.com
nance@chavezgerler.com

Peter Fredman (189097)
LAW OFFICES OF PETER B. FREDMAN
1917 Carleton Street
Berkeley, CA 94707
Telephone: (510) 486-8739
Facsimile: (510) 486-8739
peterfredman@sbcglobal.net

Attorneys for Plaintiff

NOTICE OF APPEARANCE – 07-cv-03679 JSW    - 2 -

010073-11 260830 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        /s/ Jeff D. Friedman
        JEFF D. FRIEDMAN

NOTICE OF APPEARANCE – 07-cv-03679 JSW — - 3 -

010073-11 260830 V1

# Mailing Information for a Case 3:07-cv-03679-JSW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter B. Fredman**
  peterfredman@sbcglobal.net,cescott@braytonlaw.com

- **Hojoon Hwang**
  hojoon.hwang@mto.com,marsha.poulin@mto.com

- **Daniel J. Powell**
  Daniel.Powell@doj.ca.gov,Susan.Chiang@doj.ca.gov

- **Henry Weissmann**
  Henry.Weissmann@mto.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)