1  **CHAVEZ & GERTLER LLP**
   MARK A. CHAVEZ (Bar No. 90858)
2  NANCE F. BECKER (Bar No. 99292)
   42 Miller Avenue
3  Mill Valley, California 94941
   Telephone: (415) 381-5599
4  Facsimile: (415) 381-5572
   Email: mark@chavezgertler.com
5         nance@chavezgertler.com

6  **HAGENS BERMAN SOBOL SHAPIRO LLP**
   Jeff D. Friedman (Bar No. 173886)
7  Shana E. Scarlett (Bar No. 217895)
   715 Hearst Ave., Suite 202
8  Berkeley, California 94710
   Telephone: (510) 725-3000
9  Facsimile: (510) 725-3001
   Email: jefff@hbsslaw.com
10        shanas@hbsslaw.com

11 Attorneys for Plaintiffs and all others similarly situated

12 *(Additional Counsel listed on signature page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE GELLIS, individually and on behalf of all others similarly situated, | Case No.: CV 07-03679 JSW |
| Plaintiff, | **CLASS ACTION** |
| v. | **NOTICE OF APPEARANCE** |
| VERIZON COMMUNICATIONS, INC., a Delaware corporation; VERIZON WIRELESS, an unincorporated association; CELLCO PARTNERSHIP, an unincorporated association; and DOES 1-100, inclusive, | |
| Defendants. | |

Please take notice that Mark A. Chavez and Nance F. Becker of Chavez & Gertler LLP hereby re-enter their appearance as additional counsel of record for Plaintiff in the above-captioned action.

All service, correspondence, e-filings, and notices should be directed to Mark A. Chavez and Nance F. Becker at the following address and/or email.

> MARK A. CHAVEZ (Bar No. 90858)
> NANCE F. BECKER (Bar No. 99292)
> CHAVEZ & GERTLER LLP
> 42 Miller Avenue
> Mill Valley, California 94941
> Telephone: (415) 381-5599
> Facsimile: (415) 381-5572
> mark@chavezgertler.com
> nance@chavezgertler.com

**The Law Offices of Peter Fredman and Hagens Berman Sobol Shapiro shall also remain counsel of record for plaintiff.**

Dated: September 3, 2008

CHAVEZ & GERTLER LLP

HAGENS BERMAN SOBOL SHAPIRO LLP

LAW OFFICES OF PETER FREDMAN

By: /s/ Mark A. Chavez
Mark A. Chavez

Attorneys for Plaintiff

*Additional Counsel for Plaintiff:*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman
1301 Fifth Ave., Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

**LAW OFFICES OF PETER FREDMAN**
Peter Fredman (Bar No. 189097)
1917 Carleton Street
Berkeley, California 94707
Telephone: (510) 486-8739
Facsimile: (510) 486-8739
Email: peterfredman@sbcglobal.net