1   **CHAVEZ & GERTLER LLP**
    MARK A. CHAVEZ (Bar No. 90858)
2   NANCE F. BECKER (Bar No. 99292)
    42 Miller Avenue
3   Mill Valley, California 94941
    Telephone: (415) 381-5599
4   Facsimile:  (415) 381-5572
    Email: mark@chavezgertler.com
5        nance@chavezgertler.com

6   **LAW OFFICES OF PETER FREDMAN**
    Peter Fredman (Bar No. 189097)
7   1917 Carleton Street
    Berkeley, California 94707
8   Telephone: (510) 486-8739
    Facsimile:  (510) 486-8739
9   Email: peterfredman@sbcglobal.net

10  **HAGENS BERMAN SOBOL SHAPIRO LLP**
    Jeff D. Friedman (Bar No. 173886)
11  Shana E. Scarlett (Bar No. 217895)
    715 Hearst Ave., Suite 202
12  Berkeley, California 94710
    Telephone: (510) 725-3000
13  Facsimile:  (510) 725-3001
    Email: jefff@hbsslaw.com
14       shanas@hbsslaw.com

15  Attorneys for Plaintiff and all others similarly situated

16                     UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

18
    CATHERINE GELLIS, individually and on behalf   )   Case No.: CV 07-03679 JSW
19  of all others similarly situated,              )
                                                   )   **CLASS ACTION**
20              Plaintiff,                          )
                                                   )   **STIPULATION AND [PROPOSED]**
21       v.                                         )   **ORDER RE: CONTINUANCE OF**
                                                   )   **BRIEFING SCHEDULE**
22                                                  )
    VERIZON COMMUNICATIONS, INC., a                )
23  Delaware corporation; VERIZON WIRELESS, an     )
    unincorporated association; CELLCO             )
24  PARTNERSHIP, an unincorporated association; and)
    DOES 1-100, inclusive,                         )
25                                                  )
26              Defendants.                         )
                                                   )
27  _____   )

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**RECITALS**

This is a putative class action challenging defendants' practice of charging $5 minimum late fees to California consumer cellular telephone subscribers who pay their bills four or more days late. The action was removed to this Court on July 17, 2007.

On May 30, 2008, the parties filed a Supplemental Joint Case Management Statement (docket 45) which included a proposed schedule for the hearing on class certification, completion of discovery, and pretrial matters.

On June 3, 2008, the Court entered an Order Scheduling Trial and Pretrial Matters (docket 47). The Order requires that plaintiff file her motion for class certification on October 10, 2008, and that the motion be heard on January 23, 2009.

Since then, several developments have occurred which all parties agree warrant a continuance of the class certification proceedings. Those developments include:

• In late August, 2008, Peter Fredman, one of the two initial co-counsel for plaintiff, changed law firms (*see* Stipulation and Order for Substitution of Attorney, docket 49);

• On September 2, 2008, the law firm of Hagens Berman Sobol Shapiro LLP associated in as co-counsel for plaintiff (*see* Notice of Appearance, docket 50); and

• On September 4, 2008, the parties held a mediation session before the Hon. Edward Infante (Ret.) of JAMS.

• In addition, Plaintiff requires additional time to work with her experts to develop some of the evidence that will likely be submitted in support of her class certification motion.

The parties have agreed, in light of these developments, to continue the briefing and hearing of the class certification motion, and to request the Court to enter an order to that effect. The parties do not, however, deem it necessary or advisable to continue any of the other dates previously set by the Court.

/ / /
/ / /
/ / /
/ / /

**STIPULATION**

Wherefore, the parties stipulate and agree that the scheduling order shall be modified as follows:

|  | Current Schedule | Proposed Schedule |
|---|---|---|
| Plaintiff to file motion for class certification | October 10, 2008 | January 30, 2009 |
| Defendants to file opposition to class cert. | December 9, 2008 | March 31, 2009 |
| Plaintiff to file reply in support of class cert. | January 8, 2009 | April 30, 2009 |
| Hearing on motion for class certification | January 23, 2009 | May 15, 2009 |
| Fact discovery cut-off | June 12, 2009 | No change |
| Expert discovery cut-off | August 28, 2009 | No change |
| Dispositive motions to be filed | September 15, 2009 | No change |
| Hearing on dispositive motions | October 30, 2009 | No change |
| Pretrial conference | January 11, 2010 | No change |
| Trial | February 1, 2010 | No change |

Respectfully submitted,

Dated:  September 10, 2008

CHAVEZ & GERTLER LLP

HAGENS BERMAN SOBOL SHAPIRO LLP

LAW OFFICES OF PETER FREDMAN

By: _____
Mark A. Chavez
Attorneys for Plaintiff

MUNGER, TOLLES & OLSON LLP

By: _____
Hojoon Hwang
Attorneys for Defendants

2

# [PROPOSED] ORDER

Good cause appearing, the Court hereby approves the parties' stipulation and orders that the June 3, 2008 Scheduling Order in this case be modified as follows:

Plaintiff shall file her motion for class certification on January 30, 2009.

Defendant shall file its opposition to class certification on March 31, 2009.

Plaintiff shall file her reply in support of class certification on April 30, 2009.

Plaintiff's motion for class certification shall be heard on May 15, 2009 at _____.

All other dates set forth in the Scheduling Order shall remain the same.


Dated: September ___, 2008


_____
Hon. Jeffrey S. White
U.S. District Court Judge