Steve W. Berman
Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com

Peter B. Fredman (189097)
LAW OFFICES OF PETER B. FREDMAN
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile: (510) 868-2627
peterfredman@sbcglobal.net

Mark Chavez (90858)
Nance F. Becker (99292)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
mark@chavezgertler.com
nance@chavezgertler.com

Attorneys for Plaintiffs and all others similarly situated

[Additional Counsel listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH RUWE and ELIZABETH ORLANDO, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Defendant. | No. 07-cv-03679 JSW<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING EXPERT DISCOVERY** |

010073-11 261351 V1

COUNSEL FOR THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1.  In order to avoid consuming the parties' and the Court's time and resources on potential discovery issues relating to experts, the parties have agreed to certain limitations on the scope of expert-related discovery and testimony in this matter. Neither the terms of this Stipulation nor the parties' agreement to them implies that any of the information restricted from discovery in this Stipulation would otherwise be discoverable.

2.  The following categories of data, information, or documents need not be disclosed by any party, and are outside the scope of permissible discovery (including deposition questions):

    a.  Any notes or other writings taken or prepared by or for an expert witness in connection with this matter including, but not limited to, correspondence or memos to or from, and notes of conversations with, the expert's assistants and/or clerical or support staff, other expert witnesses or non-testifying expert consultants, or attorneys for the party offering the testimony of such expert witness, unless the expert witness is relying upon those notes or other writings in connection with the expert witness' opinions in this matter;

    b.  Draft reports, draft studies, or draft work papers; preliminary or intermediate calculations, computations, or data runs; or other preliminary, intermediate or draft materials prepared by, for or at the direction of an expert witness, but any documents, data or computer programs, relied on or used to generate final results relied on by the expert shall be subject to discovery and shall be produced; and

    c.  Any oral or written communication between an expert witness and the expert's assistants and/or clerical or support staff, other expert witnesses or non-testifying expert consultants, or attorneys for the party offering the testimony of such expert witness, unless the expert witness is relying upon the communication in connection with the expert witness' opinions in this matter.

    d.  In addition to the limitations on discovery set forth in paragraph 2 above, the parties agree that other data or information that may have been considered by an expert but was not relied on by the expert in forming her or his opinions need not be disclosed or produced. Nothing in paragraphs 2 or 3 however, shall be construed to prevent substantive deposition questions with

respect to any data or other non-privileged information that may be relevant to the substance of the expert's opinions (including alternative theories, methodologies, variables, or assumptions that the expert may have considered in formulating her or his opinions or in preparing her or his report).

3. To the extent that the specific stipulations agreed to herein waive disclosure requirements under Federal Rules of Civil Procedure 26(a)(2)(B) or (C), the Parties agree to such waiver.

**SO STIPULATED.**

Dated: October 21, 2008
HAGENS BERMAN SOBOL SHAPIRO, LLP

By: _____/s/ Jeff D. Friedman_____
      Jeff D. Friedman

Steve W. Berman
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com

Peter B. Fredman (189097)
LAW OFFICES OF PETER B. FREDMAN
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile: (510) 868-2627
peterfredman@sbcglobal.net

Mark Chavez (90858)
Nance F. Becker (99292)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
mark@chavezgerlter.com
nance@chavezgerlter.com

*Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
REGARDING EXPERT DISCOVERY – 07-cv-03679 JSW
010073-11 261351 V1

- 3 -

MUNGER, TOLLES & OLSON LLP

By:     /s/ Hojoon Hwang
        Hojoon Hwang

Hojoon Hwang
Jason Rantanen
MUNGER, TOLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Henry.Weissman@mto.com
Hojoon.Hwang@mto.com
Jason.Rantanen@mto.com

*Attorneys for Defendant*
Cellco Partnership d/b/a/ Verizon Wireless

**SO ORDERED.**

Dated: October 22, 2008

_____
HONORABLE JEFFREY WHITE
UNITED STATES DISTRICT COURT
JUDGE

    I, Jeff D. Friedman, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Protective Order Regarding Expert Discovery. In compliance with General Order 45, X.B., I hereby attest that Hojoon Hwang has concurred in this filing.

STIPULATION AND [PROPOSED] PROTECTIVE ORDER - 4 -
REGARDING EXPERT DISCOVERY – 07-cv-03679 JSW
010073-11 261351 V1