# Exhibit A



Verizon Wireless
Customer Information Overview
Customer Agreement Terms And Conditions

Please read carefully and file in a safe place.

For more information,
talk to your Sales Representative,
visit www.verizonwireless.com
or call 1.800.2 JOIN IN.

*verizon*wireless
We never stop working for you.®
1.800.2 JOIN IN
www.verizonwireless.com


CIO80008EN


CIOCABR705
©2005 Verizon Wireless 160

VZWGELLIS0000094

# Customer Information Overview

**Welcome To Verizon Wireless!**
We think it makes sense to help you understand your wireless service in a simple way, so here are answers to some questions we've heard customers ask. While this provides an overview, it is very important that you read your Customer Agreement, Calling Plan brochure and any other materials provided. If anything is not clear to you, we will be happy to explain any portion of your agreement and answer any questions. Call your Sales Representative for assistance.

**Your Customer Agreement**
This document is the contract between you and Verizon Wireless that sets each of our obligations. Your Customer Agreement with us starts when you accept it. You can accept the agreement in several different ways: (i) by giving us your written or electronic signature; (ii) by telling us orally or electronically that you accept; (iii) by activating your service through your wireless phone; (iv) by opening a package or a seal that says you are accepting by opening it; or (v) by using your service after making any change or addition when we've told you that the change or addition requires acceptance. If you decide that you don't want to be bound by the Customer Agreement, just don't do any of these things.

**Your Calling Plan**
Your calling plan is part of what you're agreeing to in the Customer Agreement. Be sure to read it carefully. It determines the nature of, and the charges for, the wireless service we will provide, including your monthly access, the number and type of minutes included in your monthly allowance, and the per-minute rate for additional minutes, roaming, and long distance service, if applicable. Your calling plan also describes the features included with your service, as well as any optional services that are available for an additional charge. These included features and optional services may include "data" services, such as text messaging and Internet access.

You have the option to change to any qualifying calling plan, at any time at no additional fee, though you may have to purchase a new phone, or extend the term of your Customer Agreement, to be able to take advantage of a new calling plan.

**Monthly Access**
This is your monthly charge based on your chosen calling plan. Paying this charge gives you access to our service. It is usually billed one month in advance.

**Monthly Allowance Minutes**
Your calling plan may have a set number of minutes that may be used each month, including Monthly Home Airtime Allowance (or "Anytime") Minutes, Night & Weekend Minutes, and IN Calling Minutes. Unused allowance minutes cannot be carried forward or credited against the next month's usage. Various fees, toll charges, and regional calling and wireless long distance charges may not be included in the monthly allowance minutes, and will be charged separately.

**Home Airtime Rate And Coverage Area**
Your home airtime rate and coverage area is a geographic area where your home airtime rates apply. It may be local, national or larger.

# Customer Information Overview

**Toll, Regional Calling And Wireless Long Distance**
Depending on your calling plan, toll, regional calling and long distance charges may apply in addition to home airtime charges. You may incur toll, regional calling, or long distance charges when you are in a wireless local calling area and place a call to a number outside this area. Your local calling area is not the same as your home airtime rate and coverage area, and may be smaller. As with your home phone, your local calling area is defined by a group of local phone exchanges (the area code plus the first three digits of a phone number). As with all wireless calls, these charges are based on where you start the call and don't change even if you move during the call.

**Verizon Wireless' Surcharges**
Your bill will include charges to recover or help defray costs of taxes and of governmental surcharges and fees imposed on us, and costs associated with government regulations and mandates on our business. These charges include a Regulatory Charge, which helps defray costs of various mandates, and a Federal Universal Service Charge to recover costs imposed on us by the government to support universal service. These charges are Verizon Wireless charges, not taxes, and are subject to change.

**Taxes, Governmental Surcharges And Fees**
Your bill will include sales, excise and other taxes and governmental surcharges and fees that we are required by law to bill to customers. These taxes, surcharges and fees may change from time to time without notice. These charges may be based on the rates applicable to the residential street address or the primary business street address you provided to us. This address will be considered the "place of primary use," provided it is within our licensed service area.

**Minimum Term And Early Termination**
Your minimum term under your Customer Agreement will be for the period of time required by your calling plan, usually one or two years. If you cancel during this term, a $175 early termination fee will apply. After your minimum term, your Customer Agreement will convert to a month-to-month term.

**Directory Assistance/411 Connect®**
Enhanced directory assistance is available through 411 Connect, an exclusive directory, information, and call completion service for Verizon Wireless customers. A live operator will assist you when you request numbers, addresses and information for anything from restaurants and movies to the nearest florist. A per-call fee plus airtime charges apply. Simply dial **411** and press **SEND**.

# Customer Information Overview

## Reading Your Bill

### Billing Cycle
Most calls you make or receive during a billing cycle will be included in your bill for that cycle. Billing for certain calls carried by another wireless carrier may be delayed to a later bill.

### Your First Bill
On your first bill, you may be billed a prorated portion of your Monthly Access Charge (calculated from the date your service begins to your first bill cycle start date), plus the next month's access charge. Because of this proration, your first bill may be larger than subsequent bills. In addition, your first bill will include any applicable activation fees, feature charges, and equipment and accessory purchases.

### Chargeable Time
We measure your calls in full minutes. That means partial minutes are rounded up to the next full minute. For example, a 15-second call is billed as one full minute. A one-minute, 20-second call is billed as two full minutes. Time starts when you first press **SEND** or the call connects to a network on outgoing calls, and when the call connects to a network (which may be before it rings) on incoming calls. Time may end several seconds after you press **END** or the call otherwise disconnects. For calls made on our network, we only bill for calls that connect (which includes calls answered by machines).

### Dispute Resolution And Independent Arbitration
Most customer concerns can be resolved through our Customer Service Department. If, however, you have an issue that cannot be resolved without third-party intervention, Verizon Wireless will arbitrate with you before the American Arbitration Association or the Better Business Bureau. This means that all such customer disputes (except perhaps certain small claims) will be resolved through arbitration, not with a judge or jury.

*Please note that we reserve the right to make changes to the Customer Agreement as well as to our business practices and procedures. This Overview is for information purposes and is not a contract. It does not replace or supplement the Customer Agreement.*

# Customer Agreement
# Terms And Conditions

**YOUR VERIZON WIRELESS CUSTOMER AGREEMENT**
We're Verizon Wireless. Please carefully read this agreement, including the calling plan or plans you've chosen, before filing it in a safe place.

(Para una copia de este documento en español, llame al 1.800.922.0204 o visite a nuestro website a www.espanol.vzwshop.com.)

By accepting this agreement, you're bound by its conditions. It covers important topics such as how long it lasts, fees for early termination and late payments, our rights to change its conditions and your wireless service, limitations of liability, privacy, and settlement of disputes by arbitration instead of in court. If you accept this agreement, it will apply to all your wireless service from us, including all your existing calling plans and other lines in service.

## Your Calling Plans
**YOUR CALLING PLANS BECOME PART OF THIS AGREEMENT.** The prices you pay may depend in part on how long—the minimum term—you're agreeing in advance to do business with us. Calling plans describe these prices and your minimum term. To the extent any condition in your calling plan expressly conflicts with this agreement, the condition in your calling plan will govern. If at any time you change your service (by accepting a promotion, for example), you'll be subject to any requirements, such as a new minimum term, we set for that change.

## Your Rights To Refuse Or Cancel This Agreement
**THIS AGREEMENT STARTS WHEN YOU ACCEPT.** Paragraphs marked "∞" continue after it ends. You accept when you do any of the following things after an opportunity to review this agreement:

- *Give us a written or electronic signature;*
- *Tell us orally or electronically that you accept;*
- *Activate your service through your wireless phone;*
- *Open a package that says you are accepting by opening it; or*
- *Use your service after making any change or addition when we've told you that the change or addition requires acceptance.*

**IF YOU DON'T WANT TO ACCEPT, DON'T DO ANY OF THESE THINGS.** You can cancel (if you're a new customer) or go back to the conditions of your former Customer Agreement (if you're already a customer) without additional fees if you tell us (and return to us in good condition any wireless phone you got from us with your new service) **WITHIN 15 DAYS** of accepting. You'll still be responsible through that date for the new service and any charges associated with it.

## Your Rights To Change Or End Your Service; Termination Fees; Phone Number Portability
∞ Except as explicitly permitted by this agreement, you're agreeing to maintain service with us for your minimum term. (Periods of suspension of service don't count towards your minimum term.) After that, you'll become a month-to-month customer under this agreement. **YOU MUST PAY US UP TO $175 PER WIRELESS PHONE NUMBER AS AN EARLY TERMINATION FEE IF YOU CHOOSE TO END YOUR SERVICE BEFORE BECOMING A MONTH-TO-MONTH CUSTOMER, OR IF WE TERMINATE IT EARLY FOR GOOD CAUSE.** (This fee applies only to the extent permitted by law. If you buy your wireless phone from an agent or third-party vendor, you should check to see if they charge a separate termination fee.) If you terminate your service as of the end of your minimum term, you won't be responsible for any remaining part of your monthly billing cycle. **Otherwise, all terminations by you during a monthly billing cycle become effective on**

VZWGELLIS0000098