IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CATHERINE GELLIS,

    Plaintiffs,

v.

VERIZON COMMUNICATIONS, INC., et al.,

    Defendants.

No. C 07-03679 JSW

**THIRD ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MOTION TO DISMISS**

    This matter is set for a hearing on March 13, 2009 at 9:00 a.m. on Defendant Cellco Partnership's motion to dismiss. Due to the Court's calendar, the hearing is rescheduled for March 20, 2009 at 9:00 a.m. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than February 9, 2009 and a reply brief shall be filed by no later than February 17, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: January 26, 2009

                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE