IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH RUWE and ELIZABETH ORLANDO,

        Plaintiffs,

  v.

CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS,

        Defendants.

_____/

No. C 07-03679 JSW

**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON PENDING MOTIONS**

       This matter is set for a hearing on June 19, 2009 at 9:00 a.m. on Defendant Cellco Partnership's motion to certify orders and on July 17, 2009 at 9:00 a.m. Defendant's on motion to stay. For the sake of efficiency, the hearing is on the motion for certification is rescheduled for July 17, 2009 at 9:00 a.m. The Court HEREBY ORDERS that an opposition to the motion to stay shall be filed by no later than June 15, 2009 and a reply brief shall be filed by no later than June 22, 2009. A reply on the motion for certification shall be filed no later than June 15, 2009.

       If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order

demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 1, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE