```
 1  HENRY WEISSMANN (SBN 132418)
    Henry.Weissmann@mto.com
 2  HOJOON HWANG (SBN 184950)
    Hojoon.Hwang@mto.com
 3  JASON A. RANTANEN (SBN 229404)
    Jason.Rantanen@mto.com
 4  MUNGER, TOLLES & OLSON LLP
    560 Mission Street
 5  Twenty-Seventh Floor
    San Francisco, CA  94105-2907
 6  Telephone:    (415) 512-4000
    Facsimile:    (415) 512-4077
 7
    Attorneys for Defendant
 8  CELLCO PARTNERSHIP (D/B/A VERIZON WIRELESS)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH RUWE and ELIZABETH ORLANDO, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS,<br><br>    Defendants. | CASE NO.  C 07-03679 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR STAY**<br><br>DATE: July 17, 2009<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 11, 19th Floor<br>JUDGE: Hon. Jeffrey S. White<br><br>**The Honorable Jeffrey S. White** |

7874748.1

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR STAY
CASE NO. C 07-03679 JSW

1 **[PROPOSED] ORDER**

2   Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") has
3   moved the Court for an order staying this matter pending the outcome of proceedings before the
4   Federal Communications Commission ("FCC") on whether state-law challenges to late fees are
5   preempted by federal law.

6   After considering the briefs, the arguments and all other materials properly
7   presented to this Court, the Court concludes that this litigation should be stayed pending the
8   outcome of the FCC proceedings. The Court finds that a stay is warranted pursuant to the
9   primary jurisdiction doctrine. The Court also concludes that it is appropriate to exercise its
10  inherent discretion to stay this matter.

11  Accordingly, the Court HEREBY STAYS this Action pending the outcome of
12  proceedings before the Federal Communications Commission. In light of the stay, the motion for certification of orders is DENIED
13  **IT IS SO ORDERED.** as moot and the hearing set for Friday, July 17, 2009 is
14  VACATED.

15
16  DATED: July 10, 2009            *Jeffrey S. White*
17                                  JEFFREY S. WHITE, JUDGE
                                    UNITED STATES DISTRICT COURT

---

7874748.1 — - 1 - — [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY
CASE NO. C 07-03679 JSW