Steve W. Berman (*Pro Hac Vice*)
Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com

Mark Chavez (90858)
Nance F. Becker (99292)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
mark@chavezgertler.com
nance@chavezgertler.com

Peter B. Fredman (189097)
LAW OFFICES OF PETER B. FREDMAN
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile: (510) 868-2627
peterfredman@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH RUWE and ELIZABETH ORLANDO, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Defendant. | No. 07-cv-03679 JSW<br><br>PLAINTIFFS' STATUS REPORT OF PROCEEDINGS BEFORE THE FEDERAL COMMUNICATIONS COMMISSION |

010073-11 359096 V1

On January 14, 2010, counsel for Plaintiffs caused to be filed with the Federal Communications Commission ("FCC") a Petition for an Expedited Declaratory Ruling That Section 332 of the FCA Does Not Preempt State Law Protecting Consumers Against Unlawful Penalty Fees ("Petition").

On or about February 22, 2010, the FCC filed a Public Notice, seeking comment on this Petition. Comments are currently due by April 7, 2010, and Reply Comments are due by May 7, 2010. The matter is referenced as: WTB Docket No. 10-42.

DATED: March 18, 2010.                     HAGENS BERMAN SOBOL SHAPIRO LLP


By _____/s/ Jeff D. Friedman_____
       Jeff D. Friedman (173886)

Steve W. Berman (*Pro Hac Vice*)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com

Mark Chavez (90858)
Nance F. Becker (99292)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 388-5599
Facsimile: (415) 381-5572
mark@chavezgerler.com
nance@chavezgerler.com

Peter Fredman (189097)
LAW OFFICES OF PETER B. FREDMAN
1917 Carleton Street
Berkeley, CA 94707
Telephone: (510) 486-8739
Facsimile: (510) 486-8739
peterfredman@sbcglobal.net

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      /s/ Jeff D. Friedman
      JEFF D. FRIEDMAN

# Mailing Information for a Case 3:07-cv-03679-JSW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Nance Felice Becker**
  nance@chavezgertler.com,kerri@chavezgertler.com

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Steve W. Berman**
  steve@hbsslaw.com

- **Mark Andrew Chavez**
  mark@chavezgertler.com,jenna@chavezgertler.com,kerri@chavezgertler.com

- **Peter B. Fredman**
  peterfredman@sbcglobal.net

- **Jeff D Friedman**
  jefff@hbsslaw.com,steve@hbsslaw.com,sf_filings@hbsslaw.com

- **Hojoon Hwang**
  hojoon.hwang@mto.com,marsha.poulin@mto.com

- **Jason Rantanen**
  jason.rantanen@mto.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,sf_filings@hbsslaw.com,jeneld@hbsslaw.com

- **Henry Weissmann**
  Henry.Weissmann@mto.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`