HENRY WEISSMANN (SBN 132418)
Henry.Weissmann@mto.com
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendant
CELLCO PARTNERSHIP (D/B/A VERIZON WIRELESS)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH RUWE and ELIZABETH ORLANDO, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS,<br><br>Defendant. | CASE NO.  C 07-03679 JSW<br><br>NOTICE OF ATTORNEY WITHDRAWAL |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jason Rantanen withdraws his appearance as counsel for defendant Cellco Partnership, d/b/a Verizon Wireless.  Pursuant to General Order No. 45, please remove him from this case so that he will no longer receive Notices of Electronic Filing related to this case.

The law firm of Munger, Tolles & Olson LLP will continue to represent Verizon Wireless.  Please continue to direct all future service to Henry Weissmann and Hojoon Hwang of Munger, Tolles & Olson, LLP.

10566030.1

NOTICE OF ATTORNEY WITHDRAWAL;
C 07-03679 JSW

1  DATED: April 30, 2010					MUNGER, TOLLES & OLSON LLP
												HENRY WEISSMANN
2												HOJOON HWANG

3

4										By:_____/s/_____
												JASON RANTANEN
5
										Attorneys for Defendants
6										CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS

7

10566030.1					- 1 -				NOTICE OF ATTORNEY WITHDRAWAL;
															C 07-03679 JSW