IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH RUWE, et al.,

    Plaintiff,

v.

VERIZON WIRELESS, et al.,

    Defendants.
_____/

No. C 07-03679 JSW

**ORDER REQUIRING STATUS REPORTS**

On July 10, 2009, the Court stayed this matter in light of pending proceedings before the Federal Communications Commission. On March 18, 2010, the parties filed a status report. There has been no further activity since that date. Accordingly, it is HEREBY ORDERED that the parties shall submit a status report to the Court by no later than September 30, 2011, and shall submit status reports every 120 days thereafter. If any party seeks to lift the stay, they must file a motion on an open and available date on this Court's calendar.

**IT IS SO ORDERED.**

Dated: September 13, 2011

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE