IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH RUWE and ELIZABETH ORLANDO,

        Plaintiffs,

  v.

CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS,

        Defendants.
_____/

No. C 07-03679 JSW

**ORDER OF ADMINISTRATIVE CLOSURE**

     Having received the parties' notice that they have reached a settlement in principle of this action and this case having been pending for over three years, all presently contemplated proceedings having been completed, and there having been no action herein for over 12 months, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes. The Clerk of the Court is directed administratively to close the case for statistical purposes.

     The parties shall file their motion for approval of the settlement at such time as is appropriate.

     **IT IS SO ORDERED.**

Dated: March 14, 2012

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE