Steve W. Berman (*Pro Hac Vice*)
Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com

Mark Chavez (90858)
Nance F. Becker (99292)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA  94941
Telephone:  (415) 381-5599
Facsimile:  (415) 381-5572
mark@chavezgertler.com
nance@chavezgertler.com

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH RUWE and ELIZABETH ORLANDO, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Defendant. | No. 07-cv-03679 JSW<br><br>DECLARATION OF SHANA E. SCARLETT RE CLASS MEMBER EXCLUSION LIST AND OBJECTIONS TO THE SETTLEMENT<br><br>Date: November 16, 2012<br>Time: 9:00 a.m.<br>Dept:  Courtroom 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |

010073-11  557448V1

I, SHANA E. SCARLETT, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, one of the counsel of record for the Class in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: List of class members seeking exclusion in a timely manner from participating in the Class;

Exhbit 2: Objections of James J. Poindexter, Cery Perle and Jeffrey Palmer to Proposed Settlement and Notice of Intent to Appear, dated October 2, 2012.

3. On October 8, 2012, I spoke with Mr. William Huff to inquire whether he wished to opt-out of the settlement or to object. He said that he had reviewed the two alternatives further and that he wished to opt-out of the settlement.

4. On October 5, 2012, we received a letter from Mr. Zenaido Quezada stating that: "I object to the settlement in *Ruwe v. Cello* [sic] *Partnership d/b/a Verizon Wireless*. I object because I don't want to be a part of this case and don't want to be in problems or affect my legal rights." Plaintiffs do not include Mr. Quezada's contact information here due to privacy concerns. I personally made multiple attempts to reach Mr. Quezada before the date of this filing to ascertain whether he wished to opt-out of the proposed settlement or to object. Mr. Quezada did not return my calls and did not include an e-mail address for us to reach him.

5. The opt-out list is provided to the Court pursuant to paragraph 9(b) of the Stipulation of Settlement Pursuant to Fed. R. Civ. P. 23, ECF No. 104, filed May 29, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of October, 2012, in Berkeley, California.

      /s/ Shana E. Scarlett
      SHANA E. SCARLETT

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

          Jeff D. Friedman
          JEFF D. FRIEDMAN

SCARLETT DECL. RE CLASS MEMBER EXCLUSION LIST AND OBJS. TO THE SETTLEMENT No. 07-cv-03679 JSW    -2-

010073-11  557448V1