Steve W. Berman (*Pro Hac Vice*)
Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com

Mark Chavez (90858)
Nance F. Becker (99292)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
mark@chavezgertler.com
nance@chavezgertler.com

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH RUWE and ELIZABETH ORLANDO, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Defendant. | No. 07-cv-03679 JSW<br><br>DECLARATION OF JIM CHARKINS IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date: November 16, 2012<br>Time: 9:00 a.m.<br>Dept: Courtroom 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |

010073-11 557448V1

I, JIM CHARKINS, declare as follows:

1. I am the Executive Director of the California Council on Economic Education ("California Council") and Professor of Economics at California State University, San Bernardino ("CSUSB"). I received my Ph.D. in economics from the University of North Carolina, Chapel Hill in 1970. I have taught at the University of Nairobi in Kenya, the Florida State University, Purdue University and CSUSB. During summer, I serve on the faculty of the Foundation for Teaching Economics.

2. I was the Economics editor of The Wall Street Journal Classroom Edition Teacher's Guide for nine years. I serve on many boards including the California Council, the California Association of School Economics Teachers, the California Jump$tart Coalition for Personal Financial Literacy, and the Los Angeles chapter of the National Association of Business Economists.

3. I have developed economics teaching materials and conducted workshops nationally and internationally for teachers and students from the Kindergarten through doctoral level. I served on the ten-member writing team for Kindergarten through 12th Grade national economics standards, as economics consultant to the California Commission for the Establishment of Academic Content and Performance Standards, and on the California Commission on Teacher Credentialing Content Review Panel for History/Social Science. I also served on the Review Committee for the National Standards for Business Education. I recently served on the committee that recommended revisions to the History/Social Sciences Framework to the California Board of Education.

4. I am the author of the *MoneyWiseTeen* (winner of two international awards for creative marketing), *Living the American Dream*, the *Teacher Guide to the California Economics Standards*, and *It's Your Choice*.

5. I am a leader in the area of computerized economics instruction, having been awarded two separate grants by the National Science Foundation to equip computer labs for the CSUSB economics department. I have received numerous other grants and awards including the

CSU San Bernardino, Social and Behavioral Sciences 2003 Teacher of the Year and 2009 Outstanding Originator of Distributed Learning.

6. The California Council was founded in 1963. It is based in San Bernardino, California, and operates only in California. The California Council is a registered 501(c)(3) non-profit, and its mission is to advance the economic and financial literacy of the people of California.

7. The California Council performs a large amount of outreach work in schools and in different communities across the state, working with superintendents, administrators, teachers and community leaders to assess the needs of the community and collaborating to create events based on this need. For example, in August 2012, the California Council held a joint event with the Federal Reserve Bank which was open to the general public, which provided participants with access to experts in financial education. The California Council is planning three events in the coming months, each of which will be providing information on financial literacy, and each of which will be open to the general public.

8. The California Council continuously performs outreach projects throughout Southern and Northern California, providing seminars to residents on such fundamental economic principles as budgeting and banking. The California Council also runs a statewide network of Centers for Economic Education to provide quality economic education programs and materials to communities across California.

9. The California Council engages communities throughout California with its mentor program. Business professionals are recruited to use their time and talents to help advance the financial literacy of California's citizens. Mentors act as curriculum facilitators and engage communities in advancing their knowledge of personal finance so they are better prepared to take control of their financial lives.

10. The California Council is actively developing an online economics and financial education classroom. This new web-based resource will provide economic reasoning and personal finance lessons to Californians of diverse backgrounds and geographical locations, including rural areas. The classroom, again, will be open and available to all members of the public with a simple registration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of October, 2012, in San Bernardino, California.

_____
JIM CHARKINS

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

      /s/ Jeff D. Friedman
      JEFF D. FRIEDMAN

CHARKIN DECL. ISO PLS.' MOT. FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT – No. 07-cv-03679 JSW

010073-11  557448V1