Joseph Darrell Palmer (SBN 125147)
Email: darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
603 North Highway 101, Ste. A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Objectors
James J. Poindexter, Cery Perle and Jeffrey Palmer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH RUWE and ELIZABETH ORLANDO, individually and on behalf all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>　　　　Defendant. | Case No. 07-cv-03679 JSW<br><br>**NOTICE OF APPEAL**<br><br>Judge: Hon. Jeffrey S. White |

　　　Notice is hereby given that James J. Poindexter, Cery Perle and Jeffrey Palmer, Objector, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Final Judgment and Order of Dismissal with Prejudice [Dkt. No. 132], entered in this action on November 16, 2012.

Dated:   December 17, 2012　　　　By: /s/ Joseph Darrell Palmer_____
　　　　　　　　　　　　　　　　　　　　Joseph Darrell Palmer
　　　　　　　　　　　　　　　　　　Attorney for Objectors,
　　　　　　　　　　　　　　　　　　James J. Poindexter, Cery Perle and Jeffrey Palmer

1

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2012, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

Service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system.

By <u>/s/ Joseph Darrell Palmer</u>
Joseph Darrell Palmer