Steve W. Berman (*Pro Hac Vice*)
Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com

Mark Chavez (90858)
Nance F. Becker (99292)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
mark@chavezgertler.com
nance@chavezgertler.com

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH RUWE and ELIZABETH ORLANDO, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Defendant. | No. 07-cv-03679 JSW<br><br>DECLARATION OF JEFF FRIEDMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR POSTING OF AN APPEAL BOND BY PROFESSIONAL OBJECTOR JOSEPH DARRELL PALMER TO SECURE PAYMENT OF COSTS ON APPEAL<br><br>Date: April 12, 2013<br>Time: 9:00 a.m.<br>Dept: Courtroom 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |

010073-11 579702 V1

I, JEFF D. FRIEDMAN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Plaintiffs anticipate they will incur costs conservatively estimated in the amount of $25,000 during the ensuing appeals. Plaintiffs anticipate filing various motions associated with this appeal, including moving to dismiss the appeal and/or moving for summary affirmance and moving to impose monetary sanctions against Mr. Joseph Darrell Palmer, if and when his appeal is ultimately found to be frivolous. Plaintiffs anticipate expending approximately $25,000 plus interest for filing fees, printing costs, copying costs and other administrative fees

3. Attached are true and correct copies of the following exhibits:

Exhibit 1: *In re: TFT-LCD (Flat Panel) Antitrust Litig.,* No. M 07-1827 SI, Order to Show Cause Regarding Finding of Civil Contempt and Award of Sanctions Against Objectors Alison Paul And Leveta Chesser, and their Counsel Joseph Darrell Palmer (N.D. Cal. Jan. 9, 2013);

Exhibit 2: California Bar website printout documenting Mr. Palmer's interim suspension of his California license to practice law dated Aug. 30, 2002, following his conviction in Colorado for failure to pay over taxes (http://members.calbar.ca.gov/fal/Member/Detail/125 125)); and

Exhibit 3: LinkedIn employment network website printout documenting Mr. Palmer's current employment as Managing Partner of Spare Backup, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of January 2013, at Berkeley, California.

                                                              /s/ Jeff D. Friedman
                                                              JEFF D. FRIEDMAN

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

        /s/ Jeff D. Friedman
        JEFF D. FRIEDMAN