# EXHIBIT 3



Successful Women Network - Apply to the Worldwide Who's Who network for Successful Women.



# Darrell Palmer
**General Counsel**
Greater San Diego Area | Law Practice

| | |
|---|---|
| Current | Managing Partner at Spare Backup, Inc. |
| Previous | Law Offices of Darrell Palmer |
| Education | LL.M., Litigation at University of San Diego School of Law |

(3rd)

**Send InMail**

**52** connections

www.linkedin.com/pub/darrell-palmer/13/aa4/719

## Experience

**Managing Partner**
Spare Backup, Inc.
1989– Present (24 years) ; Solana Beach, CA

Our office focuses on Class Action Litigation and Class Action Settlement reviews

**Partner**
Law Offices of Darrell Palmer
1986– 2010 (24 years)

## Education

**University of San Diego School of Law**
LL.M., Litigation
1990
J.D. CWSL 1986

**California Western School of Law**
JD
1983 – 1986

## Contact Darrell for:

Send a message to Darrell Palmer
✦ Get introduced through a connection
✦ Send InMail

LinkedIn Corporation © 2013