UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 03 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH RUWE; ELIZABETH ORLANDO, individually and on behalf of all others similalry situated, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> JAMES J. POINDEXTER; et al., <br><br> Objectors - Appellants, <br><br> v. <br><br> CELLCO PARTNERSHIP, DBA Verizon Wireless, <br><br> Defendant - Appellee. | No. 12-17778 <br><br> D.C. No. 3:07-cv-03679-JSW <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. The filing of a motion to proceed in forma pauperis will automatically stay the briefing schedule under Ninth Circuit

Rule 27-11. Any motion to proceed in forma pauperis must include a financial declaration such as the attached Form 4.

If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Tina S. Price
Deputy Clerk
