1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH RUWE and ELIZABETH ORLANDO, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>　　　　　　　　　　　　　Defendant. | No. 07-cv-03679 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING THE POSTING OF AN APPEAL BOND BY PROFESSIONAL OBJECTOR JOSEPH DARRELL PALMER TO SECURE PAYMENT OF COSTS ON APPEAL |

010073-11  583142 V1

1  This matter came before the Court ~~for hearing on April 12, 2013~~, pursuant to plaintiffs'
2  Notice of Motion and Motion for Posting of an Appeal Bond by Professional Objector Joseph
3  Darrell Palmer to Secure Payment of Costs on Appeal ("Motion").

4  The Court, having considered all papers filed and proceedings held herein, including the
5  opposition thereto, and good cause appearing, finds a bond is appropriate here because the three
6  factors courts take into account weigh heavily in favor of a bond, namely: (1) the financial ability
7  to post a bond; (2) the risk that appellants would not pay appellee's costs on appeal; and (3) the
8  merits of the appeal..

9  IT IS HEREBY ORDERED that the Motion for posting of an appeal bond by Joseph
10 Darrell Palmer, on behalf of appellants James J. Poindexter, Cery Perle and Jeffrey Palmer, in the
11 amount of $25,000  is GRANTED

13 DATED:   March 25, 2013                         *[signature: Jeffrey S White]*
14                                                 THE HONORABLE JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT COURT JUDGE

17 Submitted by:

   Dated: January 31, 2013

19 HAGENS BERMAN SOBOL SHAPIRO LLP

20 By    /s/ Jeff D. Friedman
            JEFF D. FRIEDMAN

22 Shana E. Scarlett (217895)
   HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
23 Berkeley, California 94710
   Telephone: (510) 725-3000
24 Facsimile: (510) 725-3001
   jefff@hbsslaw.com
25 shanas@hbsslaw.com

[PROPOSED ORDER GRANTING MOT. FOR POSTING OF
AN APPEAL BOND BY OBJECTOR JOSEPH PALMER – 07-   - 1 -
cv-03679 JSW
010073-11  583142 V1