

FILED

JUL 11 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH RUWE; et al.,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>JAMES J. POINDEXTER; et al.,<br><br>   Objectors - Appellants,<br><br> v.<br><br>CELLCO PARTNERSHIP, DBA Verizon Wireless,<br><br>   Defendant - Appellee. | No. 12-17778<br><br>D.C. No. 3:07-cv-03679-JSW<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

  The appellants' motion for leave to file a late brief is granted. The Clerk shall file the previously submitted opening brief. The answering brief is due August 12, 2013, and the optional reply brief is due within 14 days after service of the answering brief.

  The appellees' motion to dismiss this appeal for failure to file the opening brief is denied.

  The appellee's motion to dismiss this appeal for failure to pay the bond is denied without prejudice to a renewed motion if the appellants fail to pay the bond on or before July 25, 2013.

07.08.13/cag/Appellate Commissioner