PAGES 1-4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JEFFREY S. WHITE, JUDGE

|  |  |
|---|---|
| CATHERINE GELLIS, ET AL., | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| VS. | ) |
| | )   NO. C-07-3679  JSW |
| VERIZON COMMUNICATIONS, INC., | ) |
| ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |

SAN FRANCISCO, CALIFORNIA
NOVEMBER 16, 2012,

**TRANSCRIPT OF PROCEEDINGS**

APPEARANCES:

FOR THE PLAINTIFFS,
CATHERINE GELLIS,
ET AL.,

BY:
JEFF D. FRIEDMAN, ESQUIRE,
HAGENS BERMAN SOBOL SHAPIRO, LLP
715 HEARST AVENUE, SUITE 202
BERKELEY, CALIFORNIA 94710

REPORTED BY: CATHERINE L. EDWARDS, CSR 3071
(APPEARANCES CONTINUED ON THE FOLLOWING PAGE.)

(APPEARANCES CONTINUED FROM THE PRECEDING PAGE.)

FOR THE PLAINTIFF,
CATHERINE GELLIS,


               BY:


                         NANCE FELICE BECKER, ATTORNEY AT LAW
                          LAW OFFICES OF CHAVEZ & GERTLER, LLP
                          42 MILLER AVENUE
                          MILL VALLEY, CALIFORNIA 94941



FOR THE DEFENDANT,
VERISON WIRELESS,

               BY:


                         HOJOON HWANG, ESQUIRE,
                          LAW OFFICES OF MUNGER TOLLES & OLSON, LLP
                          560 MISSION STREET, 27TH FLOOR
                          SAN FRANCISCO, CALIFORNIA 94105



FOR THE OBJECTORS,
CERY PERLE,
JAMES J. POINDEXTER,
JEFFREY PALMER,


               BY:


                         JOSEPH DARRELL PALMER, ESQUIRE,
                          603 N. HIGHWAY 101, SUITE A
                          SOLANA BEACH, CALIFORNIA 92075




                      < - < - <  OOO  > - > - >

```
 1              P R O C E E D I N G S

 2   FRIDAY                              NOVEMBER  16, 2012

 3              < - < - <  OOO  > - > - >

 4        THE COURTROOM DEPUTY: CALLING CASE C-07-3679,

 5   CATHERINE GELLIS, ET AL.,  VERSUS  VERIZON COMMUNICATIONS, INC.,

 6   ET AL.

 7        COUNSEL, PLEASE STEP FORWARD TO THE PODIUMS AND STATE

 8   YOUR APPEARANCES.

 9        MR. FRIEDMAN:  GOOD MORNING, YOUR HONOR; JEFF FRIEDMAN

10   OF HAGENS, BERGMAN, SOBOL AND SHAPIRO FOR THE PLAINTIFFS.

11        THE COURT:  GOOD MORNING.

12        MISS BECKER:   GOOD MORNING, YOUR HONOR; NANCE BECKER

13   FROM CHAVEZ AND GERTLER, ALSO FOR THE PLAINTIFF.

14        THE COURT:  GOOD MORNING.

15        MR. HWANG:  GOOD MORNING, YOUR HONOR; HOOJOON HWANG

16   FROM MUNGER, TOLLES AND OLSON FOR VERIZON WIRELESS.

17        THE COURT:  GOOD MORNING.

18        THE COURTROOM DEPUTY:  EXCUSE ME, MR. HWANG.

19        MR. HWANG:  YES?

20        THE COURTROOM DEPUTY:  SIR; YOU BELONG ON THIS SIDE.

21        MR. HWANG:  OH.

22        THE COURTROOM DEPUTY:  THANKS.

23        MR. PALMER:  GOOD MORNING, YOUR HONOR; DARRELL PALMER,

24   ON BEHALF OF OBJECTORS PERLE, POINDEXTER AND PALMER.

25        THE COURT:  WELCOME.
```

1        ALL RIGHT, SO THE FIRST ORDER OF BUSINESS IS THAT WITH

2  RESPECT TO THE MOTION FOR MISCELLANEOUS RELIEF WHICH WAS

3  DOCUMENT NUMBER 129, THE COURT HEREBY GRANTS THAT MOTION, AND

4  THE MINUTES WILL SO REFLECT.

5        THE COURT NOTES THAT OBJECTIONS WERE FILED.  THE COURT

6  HAS FAIRLY REVIEWED THOSE OBJECTIONS AND ALL THE THE DOCUMENTS

7  RELATED TO THE OBJECTIONS, AND THE COURT DOES NOT HAVE ANY

8  FURTHER QUESTIONS ON THE FILED OBJECTIONS.

9        OTHER THAN THE ONES THAT WERE FILED IN WRITING, DO THE

10  ATTORNEYS, THE PLAINTIFFS AND DEFENSE ATTORNEYS, KNOW OF ANY

11  FURTHER OBJECTIONS?

12        MR. FRIEDMAN:  NONE, YOUR HONOR.

13        MR. HWANG:  NONE.

14        MR. PALMER:  NONE.

15        THE COURT:  ALL RIGHT.  ARE THERE ANY FURTHER ISSUES

16  FOR THE COURT TO RESOLVE?

17        MR. FRIEDMAN:  NOT UNLESS THE COURT HAS A QUESTION,

18  YOUR HONOR.

19        THE COURT:  I DON'T.  ALL RIGHT, VERY WELL.  WELL, THE

20  COURT INTENDS TO ISSUE AN ORDER APPROVING THE SETTLEMENT.

21        THANK YOU, COUNSEL, I APPRECIATE IT.

22        (WHEREUPON THE PROCEEDINGS ADJOURNED.)

23

24        < - < - <  OOO  > - > - >

25

1        CERTIFICATE OF THE REPORTER

2

3        I, CATHERINE EDWARDS, A CERTIFIED SHORTHAND

4    REPORTER, 3071, FOR THE UNITED STATES DISTRICT

5    COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY

6    CERTIFY THAT:

7

8

9        THE FOREGOING TRANSCRIPT OF PROCEEDINGS WERE

10   REPORTED BY ME, AND WERE THEREAFTER TRANSCRIBED

11   UNDER MY DIRECTION INTO TYPEWRITING.

12

13

14       I ALSO HEREBY CERTIFY THAT THE FOREGOING

15   TRANSCRIPT IS A TRUE RECORD OF THE PROCEEDINGS

16   AS BOUND BY ME AT THE TIME OF FILING.

17

18

19       THE VALIDITY OF THE REPORTER'S CERTIFICATION

20   OF SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY

21   AND/OR REMOVAL FROM THE COURT FILE.

22

23

24       /S/ CATHERINE EDWARDS, CSR

25       DATE   8/10/13

CATHERINE L. EDWARDS, CSR
(510) 886-2427