FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 27 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH RUWE; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>JAMES J. POINDEXTER; et al.,<br><br>Objectors - Appellants,<br><br>v.<br><br>CELLCO PARTNERSHIP, DBA Verizon Wireless,<br><br>Defendant - Appellee. | No. 12-17778<br><br>D.C. No. 3:07-cv-03679-JSW<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:   SCHROEDER, LEAVY and, Circuit Judges

Appellee's unopposed motion to dismiss this appeal for want of prosecution for failure to post the bond is granted. *Azizian v. Federated Dep't Stores, Inc.*, 499 F 3d 950, 961 (9th Cir. 2007) (Court may dismiss appeal for lack of prosecution when appellant fails to post bond in part or challenge order that required posting of bond).